**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ricky Lee PIERCE, Defendant— Appellant.**

**No. 09–6295.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 27, 2009.

Decided: Nov. 16, 2009.

Ricky Lee Pierce, Appellant Pro Se. Anne Margaret Hayes, Rudolf A. Renfer, Jr., Assistant United States Attorneys, Robert Jack Higdon, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Pierce appeals the district court's order denying his motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pierce,* No. 4:05–cr–00002–H–1 (E.D.N.C. Feb. 9, 2009). Pierce's motions for appointment of counsel and to hold his informal brief in abeyance are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*